# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1335

KA 12-00239

PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, CARNI, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT

V                                          MEMORANDUM AND ORDER

RONALD D. ROSSBOROUGH, DEFENDANT-APPELLANT.

---

MULDOON & GETZ, ROCHESTER (CHRISTINE SEPPELER OF COUNSEL), FOR DEFENDANT-APPELLANT.

DONALD G. O'GEEN, DISTRICT ATTORNEY, WARSAW (MARSHALL A. KELLY OF COUNSEL), FOR RESPONDENT.

---

Appeal from a judgment of the Wyoming County Court (Michael F. Griffith, J.), rendered January 11, 2011. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the third degree.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of grand larceny in the third degree (Penal Law § 155.35). Defendant's valid waiver of the right to appeal encompasses his contention that County Court erred in sentencing him in absentia (*see generally People v Jackson*, 26 AD3d 781, 781, *lv denied* 6 NY3d 849). In any event, defendant's contention lacks merit. The record establishes that defendant waived his right to be present at sentencing, having specifically requested at the plea proceeding that he be permitted to waive his personal appearance at sentencing (*see People v Condon*, 10 AD3d 811, 812-813, *lv denied* 4 NY3d 742).

Entered:  January 3, 2014                    Frances E. Cafarell
                                             Clerk of the Court